ROYAL INDEMNITY COMPANY, Appellant, *v.* PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.

(Argued June 5, 1935; decided July 11, 1935.)

*Frank H. Hiscock* and *Barnet T. Cohen* for appellant.
*Harold B. Elgar, Irving I. Goldsmith, Monroe H. Collenburg* and *Joseph L. Roesch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, and LOUGHRAN, JJ. FNCH, J., taking no part.